CHARLES R. CROOP, Appellant, v. FORCALLA SHALFOON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ABE DAVIDSON and Others, Doing Business under the Firm Name, etc., Appellants, v. BAN SHECKET, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

SUSAN DUBESHTER, Respondent, v. SAMUEL OKUN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. It appears on the face of the affidavits that whether the trial takes place in Sullivan county or Kings county, the convenience of witnesses will be about equal on each side. In such circumstances a safe rule to follow is that the trial should take place in the county where the cause of action arose. Although this latter consideration is not controlling, it should be given effect when there is no other controlling reason to determine the place of trial. (*Adriance, Platt & Co.* v. *Coon,* 15 App. Div. 92; *Kubiac* v. *Clement,* 35 id. 186; *Seafir* v. *Shutts,* 190 id. 518; *Rogers* v. *Beaver Co.,* Id. 815.) Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

SALEM HABEEB, Respondent, v. JOSEPH DAAS, Appellant.— Judgment and order unanimously affirmed, with costs, upon the opinion of Mr. Justice Cropsey at Trial Term. [Reported in 111 Misc. Rep. 437.] Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

KATE HARDING, as Administratrix, etc., of WILLIAM HARDING, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of New Utrecht Avenue, etc. SAMUEL HARRIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Compulsory Accounting of KATHARINE LEONHARDT, as Executrix, etc., of ALBIN LEONHARDT, Deceased, Appellant. FRIDA HINCHMAN, Respondent.— Without attempting to construe the will under consideration by the learned surrogate, we are of opinion that the decree must be affirmed. Decree of the Surrogate's Court of Queens county affirmed, with costs to the respondent payable out of the estate. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.